UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE LORENZO JOHNSON,<br><br>                      Petitioner,<br><br>v.<br><br>BUREAU OF PRISONS,<br><br>                      Respondent. | Case No.: 3:20CV1387-GPC(AGS)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 AND DIRECTING THE CLERK OF COURT TO CONSTRUE IT AS A PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2255** |

On July 20, 2020, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. No. 1.) He is currently serving a sentence after having been convicted of a crime in the Southern District of California in Case No. 17cr1028-BTM, a case before District Judge Moskowitz. (*Id.* at 1.) Petitioner acknowledges that he is "challenging the validity of [his] conviction or sentence as imposed." (*Id.* at 3.)

28 U.S.C. § 2255 provides that,

> [a] prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate, set aside or correct the sentence.

28 U.S.C. § 2255(a).  Here, Petitioner must seek habeas relief before the sentencing judge.

Accordingly, the Court DISMISSES the petition in this case and DIRECTS the Clerk of Court to construe his petition pursuant to 28 U.S.C. § 2241 as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255 in connection with 17cr1028-BTM.

IT IS SO ORDERED.

Dated:  July 31, 2020

Hon. Gonzalo P. Curiel
United States District Judge